UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MICHAEL LEE GORDON                                                                          PLAINTIFF

VS.                                                                    CIVIL ACTION NO. 3:15CV592 DPJ-FKB

MARSHALL FISHER, COMMISSIONER, ET AL.                                    DEFENDANTS

ORDER

This cause came on this date to be heard upon the Report and Recommendation [54] of the United States Magistrate Judge, after referral of hearing by this Court. Magistrate Judge Ball recommended revoking Gordon's *in forma pauperis status* because he has on three prior occasions had an action or appeal dismissed as frivolous, malicious, or for failing to state a claim. 28 U.S.C. § 1915(g). The Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation [54] of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court. Defendants' motion to revoke *ifp* status [48] is granted .

Gordon's *in forma pauperis* status is revoked, and he has thirty (30) days from entry of this Order to pay the filing fee. Failure to pay the fee will result in dismissal for want of prosecution without further notice.

**SO ORDERED AND ADJUDGED** this the 8th day of November, 2016.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE